UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE CESAR CAMACHO,

    Petitioner,

v.

JOSEPH MICHAEL LOMBARDO, *et al.*,

    Respondents.

Case No. 2:18-cv-02085-GMN-GWF

ORDER

    This *pro se* habeas petition, under 28 U.S.C. § 2241, was filed by Jose Cesar Camacho in the United States District Court for the Northern District of California on October 24, 2018, and was transferred to this Court on October 29, 2018 (ECF Nos. 1, 2). This Court screened the petition on November 1, 2018, and ordered Camacho to amend his petition to correct certain deficiencies, and also ordered Camacho to show cause: (a) why the action should not be dismissed without prejudice because of his failure to exhaust his claims in state court, and (b) why the action should not be dismissed without prejudice under the *Younger* abstention doctrine. *See* Order filed November 1, 2018 (ECF No. 5). Camacho was to do both by December 17, 2018. *See id.*

    On December 17, 2018, the Court received from Camacho a Notice of Change of Address and Motion to Transfer Case (ECF Nos. 9, 10). In that document, Camacho gives notice that he has been extradited to California and is now incarcerated in Marin County, California; he requests, therefore, that this action be transferred back to the United States District Court for the Northern District of California.

    In view of Camacho's notification that he is now in jail in Marin County, the Court will relieve Camacho of the November 1, 2018, order to show cause, and will grant his

motion to transfer this case to the United States District Court for the Northern District of California.

The proper jurisdiction and venue for a petition under Section 2241 is the district in which the petitioner is in custody. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495-99 (1973). Camacho is incarcerated in Marin County, California, which is within the United States District Court for the Northern District of California. Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this Court will order this action transferred back to the United States District Court for the Northern District of California.

**IT IS THEREFORE ORDERED** that the petitioner is relieved of the requirement that he show cause why this action should not be dismissed, as set forth in the order filed on November 1, 2018 (ECF No. 5).

**IT IS FURTHER ORDERED** that the petitioner's Motion to Transfer Case (ECF No. 10) is **GRANTED**. This action is transferred to the United States District Court for the Northern District of California. The Clerk of the Court is directed to transfer this action to that court forthwith.

DATED THIS 19 day of December, 2018.

GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE